■ In the Matter of WILLIAM A. MOREAU, Appellant, v KING J. WEYANT, JR., as Mayor of the Village of Highland Falls, et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination which dismissed petitioner from his position as a police officer in the Police Department of the Village of Highland Falls, the appeal is from a judgment of the Supreme Court, Orange County, entered June 10, 1976,

which dismissed the petition. Judgment affirmed, without costs or disbursements. There was substantial evidence to support respondents' determination. Damiani, J. P., Suozzi, Gulotta and O'Connor, JJ., concur.